**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DOMUS, INC., | : | No. 101 MAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| SIGNATURE BUILDING SYSTEMS OF PA, LLC, | : | |
| | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 9th day of September, 2020, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below.  Allocatur is **DENIED** as to all remaining issues.  The issue, rephrased for clarity is:

> Did the Superior Court err in holding the failure to authenticate a foreign judgment pursuant to the requirements of the Uniform Enforcement of Foreign Judgments Act, 42 Pa.C.S. § 4306, deprives a trial court of subject matter jurisdiction such that a challenge to that failure may not be waived?